1  **WO**
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                         FOR THE DISTRICT OF ARIZONA

9  United States of America,              )
                                           )   Case No.   CR16-08025-001-PCT-PGR
10         Plaintiff,                      )
                                           )   TEMPORARY DETENTION ORDER
11  vs.                                    )   FOR INTAKE ASSESSMENT
                                           )
12                                         )
    Larance A. Wilson,                     )
13                                         )
           Defendant.                      )
14                                         )
                                           )
15  _____

16
17         Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a
18  detention hearing was held. Upon recommendation of Pretrial Services, the defendant is
19  ordered detained pending an intake assessment for placement at Crossroads in Phoenix,
20  Arizona or other facility as designated by Pretrial Services.  Should defendant qualify for
21  such placement, defendant shall be released upon conditions set by this Court, including
22  pretrial residency at said facility, as conditions do exist which would reasonably assure
23  the safety of others and the appearance of the defendant.  Should defendant not so
24  qualify, the release conditions set by this Court shall be vacated and defendant shall be
25  detained pending trial as there are no conditions or combination of conditions which
26  would reasonably assure the safety of others or the appearance of the defendant.
    //
27
28

1   The Pretrial Services Officer is ordered to timely notify this Court of the
2 defendant's intake assessment results, and if found acceptable, the date and time the
3 facility will provide transportation from the Sandra Day O'Connor Courthouse for
4 defendant.
5   DATED this 29th day of March, 2016.

*Deborah M. Fine*
Deborah M. Fine
United States Magistrate Judge